**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL RODRIGUEZ, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

MEG COMPANY INC. d/b/a Monitaly,

                Defendants.
------------------------------------------------------------X

Case No.   1:22-cv-7584-HG

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Angel Rodriguez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Meg Company Inc.

Dated: Scarsdale, New York
      March 7, 2023

                SHAKED LAW GOUP, P.C.
                Attorneys for Plaintiff

            By: */s/Dan Shaked*
               Dan Shaked, Esq.
               14 Harwood Court, Suite 415
               Scarsdale, NY 10583
               Tel. (917) 373-9128
               e-mail: ShakedLawGroup@Gmail.com